≈AO 245B    NNY(Rev. 10/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Northern  District of  New York

UNITED STATES OF AMERICA
V.

MARTHA IVERY

**JUDGMENT IN A CRIMINAL CASE**

Case Number: DNYN1:05CR000251-001

USM Number: 114062-052

Richard L. Mott, Defense Counsel
600 Broadway
Albany, New York 12207
(518) 463-1183
Defendant's Attorney

**THE DEFENDANT:**

X  pleaded guilty to count(s)  1 through 15, 16 and 17 of the Indictment on December 5, 2005

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1341 and 2 | Mail Fraud | 9/26/02 | 1-15 |
| 18 U.S.C. § 1029(a)(10) | Access Device Fraud | 7/7/02 | 16 |
| 18 U.S.C. § 152(2) | False Oath - Bankruptcy | 7/26/02 | 17 |

   The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed in accordance with 18 U.S.C. § 3553 and the Sentencing Guidelines.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

November 29, 2006
Date of Imposition of Judgment

_/s/ Frederick J. Scullin_
Frederick J. Scullin, Jr.
Senior United States District Court Judge

December 21, 2006
Date

CB

AO 245B    NNY(Rev. 10/05) Judgment in a Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

DEFENDANT:      MARTHA IVERY
CASE NUMBER:    DNYN1:05CR000251-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

65 Months on Counts 1 through 16 and 60 Months on Count 17, all terms imposed concurrently with each other.

X   The court makes the following recommendations to the Bureau of Prisons:

The defendant be housed at the Danbury, Connecticut facility and receive both mental health and alcohol counseling.

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

  ☐   at _____   ☐ a.m.   ☐ p.m.   on _____.

  ☐   as notified by the United States Marshal.

X   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  X   before 2 p.m. on    Tuesday, January 9, 2007    .

  ☐   as notified by the United States Marshal.

  ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    NNY(Rev. 10/05) Judgment in a Criminal Case
           Sheet 3 — Supervised Release

Judgment—Page __3__ of __6__

DEFENDANT: MARTHA IVERY
CASE NUMBER: DNYN1:05CR000251-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

3 Years on Count 1 through 17, all terms imposed concurrently with each other.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

- ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- ☒ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.
- ☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Deselect, if inapplicable.)
- ☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement; and
14) the defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

AO 245B    NNY(Rev. 10/05) Judgment in a Criminal Case
           Sheet 3C — Supervised Release

Judgment—Page __4__ of __6__

DEFENDANT: MARTHA IVERY
CASE NUMBER: DNYN1:05CR000251-001

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall participate in a program for substance abuse which shall include testing for drug and/or alcohol use and may include inpatient and/or outpatient treatment. The program shall be approved by the United States Probation Office.

2. The defendant shall participate in a mental health program which shall include medical, psychological, or psychiatric evaluation and may include outpatient and/or inpatient treatment. The program shall be approved by the United States Probation Office.

3. The defendant shall participate in a program of financial and credit counseling. The program shall be approved by the United States Probation Office.

4. The defendant shall contribute to the cost of any evaluation, testing, treatment and/or monitoring services rendered in an amount to be determined by the probation officer based on the defendant's ability to pay and the availability of third party payments.

5. The defendant shall refrain from the use of alcohol while in treatment and for the remainder of the term of supervision following completion of treatment.

6. You shall provide the probation officer with access to any requested financial information.

## DEFENDANT'S ACKNOWLEDGMENT OF APPLICABLE CONDITIONS OF SUPERVISION

Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

The conditions of supervision have been read to me. I fully understand the conditions and have been provided a copy of them.

_____    _____
Defendant                           Date

_____    _____
U.S. Probation Officer/Designated Witness    Date

AO 245B    NNY(Rev. 10/05) Judgment in a Criminal Case
           Sheet 5 — Criminal Monetary Penalties

Judgment — Page 5 of 6

DEFENDANT: **MARTHA IVERY**
CASE NUMBER: **DNYN1:05CR000251-001**

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | **Assessment** | **Fine** | **Restitution** |
|--------|----------------|----------|-----------------|
| TOTALS | $ 1,700.00     | $ 0      | $ 728,248.10    |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee**    | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|----------------------|-----------------|-------------------------|----------------------------|
| Victim #1            | 6370.00         | 6370.00                 |                            |
| Victim #2            | 8500.00         | 8500.00                 |                            |
| Victim #3            | 4000.00         | 4000.00                 |                            |
| Administrator Office | 978.00          | 978.00                  |                            |
| Victim #5            | 1175.00         | 1175.00                 |                            |
| Victim #6            | 8000.00         | 8000.00                 |                            |
| Victim #7            | 6350.00         | 6350.00                 |                            |
| Victim #8            | 6750.00         | 6750.00                 |                            |
| Victim #9            | 275.00          | 275.00                  |                            |
| Victim #10           | Unknown         | Unknown                 |                            |
| Victim #11           | 6009.00         | 6009.00                 |                            |
| Victim #12           | Unknown         | Unknown                 |                            |
| Victim #13           | 3850.00         | 3850.00                 |                            |
| Victim #14           | 3250.00         | 3250.00                 |                            |
| Victim #15           | 400.00          | 400.00                  |                            |
| Victim #16           | 400.00          | 400.00                  |                            |
| Victim #17           | 1000.00         | 1000.00                 |                            |
| **TOTALS**           | $ 728,248.10    | $ 728,248.10            |                            |

☐ Restitution amount ordered pursuant to plea agreement $ _____

X  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

   ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    NNY(Rev. 10/05) Judgment in a Criminal Case
          Sheet 6 — Schedule of Payments

Judgment — Page   6   of   6  

DEFENDANT:    MARTHA IVERY
CASE NUMBER:  DNYN1:05CR000251-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**   X   In full immediately; or

**B**   ☐   Lump sum payment of $ _____ due immediately, balance due

        ☐ not later than _____ , or
        ☐ in accordance with ☐ D,  ☐ E,  ☐ F, or  ☐ G below; or

**C**   ☐   Payment to begin immediately (may be combined with   ☐ D,   ☐ E, or   ☐ G below); or

**D**   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**E**   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**F**   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**G**   X   Special instructions regarding the payment of criminal monetary penalties:

      At the minimal rate of 25% of earnings while incarcerated and the minimal rate of $100 per month or 10% of the defendant's monthly earnings whichever is greater, after release from imprisonment.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to **Lawrence K. Baerman, Clerk, U.S. District Court, Federal Bldg., P.O. Box 7367, 100 S. Clinton Street, Syracuse, N.Y. 13261-7367,** unless otherwise directed by the court, the probation officer, or the United States attorney. If a victim cannot be located, the restitution paid to the Clerk of the Court for that victim shall be sent to the Treasury, to be retrieved if and when the victim is located.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

      ☐  Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

      ☐  The Court gives notice that this case involves other defendants who may be held jointly and severally liable for payment of all or part of the restitution ordered herein and may order such payment in the future.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245B    NNY(Rev. 10/05) Judgment in a Criminal Case
           Sheet 5B — Criminal Monetary Penalties

Judgment—Page 1 of 6

DEFENDANT: MARTHA IVERY
CASE NUMBER: DNYN1:05CR000251-001

# ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Victim #18 | 2850.00 | 2850.00 | |
| Victim #19 | 3000.00 | 3000.00 | |
| Victim #20 | 1253.45 | 1253.45 | |
| Victim #21 | 3000.00 | 3000.00 | |
| Victim #22 | 1595.00 | 1595.00 | |
| Victim #23 | 4000.00 | 4000.00 | |
| Victim #24 | 3500.00 | 3500.00 | |
| Victim #25 | 3500.00 | 3500.00 | |
| Victim #26 | 475.00 | 475.00 | |
| Victim #27 | Unknown | Unknown | |
| Victim #28 | 2250.00 | 2250.00 | |
| Victim #29 | 3000.00 | 3000.00 | |
| Victim #30 | 100.00 | 100.00 | |
| Victim #31 | 13,957.50 | 13,957.50 | |
| Victim #32 | 2595.00 | 2595.00 | |
| Victim #33 | Unknown | Unknown | |
| Victim #34 | 4400.00 | 4400.00 | |
| Victim #35 | 6000.00 | 6000.00 | |
| Victim #36 | 7541.00 | 7541.00 | |
| Victim #37 | 2850.00 | 2850.00 | |
| Victim #38 | 3000.00 | 3000.00 | |
| Victim #39 | Unknown | Unknown | |
| Victim #40 | 5800.00 | 5800.00 | |
| Victim #41 | 6050.00 | 6050.00 | |
| Victim #42 | 3200.00 | 3200.00 | |
| Victim #43 | 4500.00 | 4500.00 | |
| Victim #44 | Unknown | Unknown | |
| Victim #45 | 2000.00 | 2000.00 | |
| Victim #46 | 4190.00 | 4190.00 | |
| Victim #47 | 1600.00 | 1600.00 | |
| Victim #48 | 850.00 | 850.00 | |
| Victim #49 | 400.00 | 400.00 | |
| Victim #50 | 6287.00 | 6287.00 | |
| Victim #51 | 4025.00 | 4025.00 | |
| Victim #52 | 13,703.00 | 13,703.00 | |
| Victim #53 | 2000.00 | 2000.00 | |
| Victim #54 | 5000.00 | 5000.00 | |
| Victim #55 | 4500.00 | 4500.00 | |
| Victim #56 | 3791.00 | 3791.00 | |
| Victim #57 | 3850.00 | 3850.00 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   NNY(Rev. 10/05) Judgment in a Criminal Case
Sheet 5B — Criminal Monetary Penalties

Judgment—Page __2__ of __6__

DEFENDANT: MARTHA IVERY
CASE NUMBER: DNYN1:05CR000251-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Victim #58 | 502.00 | 502.00 | |
| Victim #59 | 1900.00 | 1900.00 | |
| Victim #60 | 1250.00 | 1250.00 | |
| Victim #61 | 6000.00 | 6000.00 | |
| Victim #62 | 8000.00 | 8000.00 | |
| Victim #63 | Unknown | Unknown | |
| Victim #64 | 5495.00 | 5495.00 | |
| Victim #65 | 3750.00 | 3750.00 | |
| Victim #66 | 5775.00 | 5775.00 | |
| Victim #67 | Unknown | Unknown | |
| Victim #68 | 4350.00 | 4350.00 | |
| Victim #69 | 6660.00 | 6660.00 | |
| Victim #70 | 4200.00 | 4200.00 | |
| Victim #71 | 970.00 | 970.00 | |
| Victim #72 | 4500.00 | 4500.00 | |
| Victim #73 | 3135.00 | 3135.00 | |
| Victim #74 | 7025.00 | 7025.00 | |
| Victim #75 | 2600.00 | 2600.00 | |
| Victim #76 | 8000.00 | 8000.00 | |
| Victim #77 | 4762.00 | 4762.00 | |
| Victim #78 | 110.00 | 110.00 | |
| Victim #79 | Unknown | Unknown | |
| Victim #80 | 1595.00 | 1595.00 | |
| Victim #81 | 3495.00 | 3495.00 | |
| Victim #82 | 3495.00 | 3495.00 | |
| Victim #83 | 3900.00 | 3900.00 | |
| Victim #84 | 9351.00 | 9351.00 | |
| Victim #85 | Unknown | Unknown | |
| Victim #86 | 3890.00 | 3890.00 | |
| Victim #87 | 3900.00 | 3900.00 | |
| Victim #88 | 7025.00 | 7025.00 | |
| Victim #89 | 805.90 | 805.90 | |
| Victim #90 | 2000.00 | 2000.00 | |
| Victim #91 | Unknown | Unknown | |
| Victim #92 | 2850.00 | 2850.00 | |
| Victim #93 | 500.00 | 500.00 | |
| Victim #94 | 400.00 | 400.00 | |
| Victim #95 | 3200.00 | 3200.00 | |
| Victim #96 | 7500.00 | 7500.00 | |
| Victim #97 | Unknown | Unknown | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: MARTHA IVERY
CASE NUMBER: DNYN1:05CR000251-001

# ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Victim #98  | 3895.00 | 3895.00 | |
| Victim #99  | 4199.00 | 4199.00 | |
| Victim #100 | 2000.00 | 2000.00 | |
| Victim #101 | Unknown | Unknown | |
| Victim #102 | 4000.00 | 4000.00 | |
| Victim #103 | 5200.00 | 5200.00 | |
| Victim #104 | Unknown | Unknown | |
| Victim #105 | 2000.00 | 2000.00 | |
| Victim #106 | 8000.00 | 8000.00 | |
| Victim #107 | Unknown | Unknown | |
| Victim #108 | 1375.00 | 1375.00 | |
| Victim #109 | 3200.00 | 3200.00 | |
| Victim #110 | 400.00  | 400.00  | |
| Victim #111 | 1000.00 | 1000.00 | |
| Victim #112 | 560.00  | 560.00  | |
| Victim #113 | 1700.00 | 1700.00 | |
| Victim #114 | 4600.00 | 4600.00 | |
| Victim #115 | 4285.00 | 4285.00 | |
| Victim #116 | 4000.00 | 4000.00 | |
| Victim #117 | 3764.29 | 3764.29 | |
| Victim #118 | 500.00  | 500.00  | |
| Victim #119 | 3500.00 | 3500.00 | |
| Victim #120 | 4325.00 | 4325.00 | |
| Victim #121 | 9405.00 | 9405.00 | |
| Victim #122 | Unknown | Unknown | |
| Victim #123 | 3500.00 | 3500.00 | |
| Victim #124 | 475.00  | 475.00  | |
| Victim #125 | Unknown | Unknown | |
| Victim #126 | 4000.00 | 4000.00 | |
| Victim #127 | 719.20  | 719.20  | |
| Victim #128 | 3500.00 | 3500.00 | |
| Victim #129 | 650.00  | 650.00  | |
| Victim #130 | 800.00  | 800.00  | |
| Victim #131 | 3800.00 | 3800.00 | |
| Victim #132 | 5700.00 | 5700.00 | |
| Victim #133 | 5802.00 | 5802.00 | |
| Victim #134 | 7000.00 | 7000.00 | |
| Victim #135 | Unknown | Unknown | |
| Victim #136 | 2000.00 | 2000.00 | |
| Victim #137 | 4175.00 | 4175.00 | |
| Victim #138 | 3800.00 | 3800.00 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    NNY(Rev. 10/05) Judgment in a Criminal Case
           Sheet 5B — Criminal Monetary Penalties

Judgment—Page 4 of 6

DEFENDANT: MARTHA IVERY
CASE NUMBER: DNYN1:05CR000251-001

# ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Victim #139 | 1566.90 | 1566.90 | |
| Victim #140 | 7500.00 | 7500.00 | |
| Victim #141 | Unknown | Unknown | |
| Victim #142 | Unknown | Unknown | |
| Victim #143 | 2275.00 | 2275.00 | |
| Victim #144 | 1000.00 | 1000.00 | |
| Victim #145 | Unknown | Unknown | |
| Victim #146 | 25,206.64 | 25,206.64 | |
| Victim #147 | 4237.50 | 4237.50 | |
| Victim #148 | Unknown | Unknown | |
| Victim #149 | 4139.00 | 4139.00 | |
| Victim #150 | 4785.00 | 4785.00 | |
| Victim #151 | 4090.00 | 4090.00 | |
| Victim #152 | 4000.00 | 4000.00 | |
| Victim #153 | Unknown | Unknown | |
| Victim #154 | 7290.00 | 7290.00 | |
| Victim #155 | 2500.00 | 2500.00 | |
| Victim #156 | 1000.00 | 1000.00 | |
| Victim #157 | 1295.00 | 1295.00 | |
| Victim #158 | 800.00 | 800.00 | |
| Victim #159 | 400.00 | 400.00 | |
| Victim #160 | 4500.00 | 4500.00 | |
| Victim #161 | 895.00 | 895.00 | |
| Victim #162 | 250.00 | 250.00 | |
| Victim #163 | 3500.00 | 3500.00 | |
| Victim #164 | 10,980.00 | 10,980.00 | |
| Victim #165 | 3895.59 | 3895.59 | |
| Victim #166 | 3000.00 | 3000.00 | |
| Victim #167 | 7940.00 | 7940.00 | |
| Victim #168 | 3725.00 | 3725.00 | |
| Victim #169 | 14,180.00 | 14,180.00 | |
| Victim #170 | 4700.00 | 4700.00 | |
| Victim #171 | 4500.00 | 4500.00 | |
| Victim #172 | Unknown | Unknown | |
| Victim #173 | 1600.00 | 1600.00 | |
| Victim #174 | 2000.00 | 2000.00 | |
| Victim #175 | 1500.00 | 1500.00 | |
| Victim #176 | 321.52 | 321.52 | |
| Victim #177 | 2775.00 | 2775.00 | |
| Victim #178 | 10,250.00 | 10,250.00 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    NNY(Rev. 10/05) Judgment in a Criminal Case
           Sheet 5B — Criminal Monetary Penalties

Judgment—Page 5 of 6

DEFENDANT: MARTHA IVERY
CASE NUMBER: DNYN1:05CR000251-001

# ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Victim #179 | 6372.00 | 6372.00 | |
| Victim #180 | Unknown | Unknown | |
| Victim #181 | Unknown | Unknown | |
| Victim #182 | 3800.00 | 3800.00 | |
| Victim #183 | Unknown | Unknown | |
| Victim #184 | 1630.00 | 1630.00 | |
| Victim #185 | 6500.00 | 6500.00 | |
| Victim #186 | Unknown | Unknown | |
| Victim #187 | 3950.00 | 3950.00 | |
| Victim #188 | Unknown | Unknown | |
| Victim #189 | 3950.00 | 3950.00 | |
| Victim #190 | 617.00 | 617.00 | |
| Victim #191 | 2000.00 | 2000.00 | |
| Victim #192 | Unknown | Unknown | |
| Victim #193 | 1330.00 | 1330.00 | |
| Victim #194 | Unknown | Unknown | |
| Victim #195 | Unknown | Unknown | |
| Victim #196 | 2500.00 | 2500.00 | |
| Victim #197 | Unknown | Unknown | |
| Victim #198 | 4400.00 | 4400.00 | |
| Victim #199 | 8133.78 | 8133.78 | |
| Victim #200 | 300.00 | 300.00 | |
| Victim #201 | Unknown | Unknown | |
| Victim #202 | Unknown | Unknown | |
| Victim #203 | 3000.00 | 3000.00 | |
| Victim #204 | 1600.00 | 1600.00 | |
| Victim #205 | 5000.00 | 5000.00 | |
| Victim #206 | 625.00 | 625.00 | |
| Victim #207 | 6875.00 | 6875.00 | |
| Victim #208 | 4300.00 | 4300.00 | |
| Victim #209 | 1000.00 | 1000.00 | |
| Victim #210 | 3000.00 | 3000.00 | |
| Victim #211 | 1500.00 | 1500.00 | |
| Victim #212 | Unknown | Unknown | |
| Victim #213 | 6413.46 | 6413.46 | |
| Victim #214 | Unknown | Unknown | |
| Victim #215 | Unknown | Unknown | |
| Victim #216 | 2500.00 | 2500.00 | |
| Victim #217 | 375.00 | 375.00 | |
| Victim #218 | Unknown | Unknown | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   NNY(Rev. 10/05) Judgment in a Criminal Case
          Sheet 5B — Criminal Monetary Penalties

Judgment—Page  6  of  6

DEFENDANT: MARTHA IVERY
CASE NUMBER: DNYN1:05CR000251-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Victim #219 | Unknown | Unknown | |
| Victim #220 | 7095.00 | 7095.00 | |
| Victim #221 | Unknown | Unknown | |
| Victim #222 | 6500.00 | 6500.00 | |
| Victim #223 | 10,095.00 | 10,095.00 | |
| Victim #224 | 300.00 | 300.00 | |
| Victim #225 | Unknown | Unknown | |
| Victim #226 | 2780.00 | 2780.00 | |
| Victim #227 | 5875.00 | 5875.00 | |
| Victim #228 | 3250.00 | 3250.00 | |
| Victim #229 | 6250.00 | 6250.00 | |
| Victim #230 | 1200.00 | 1200.00 | |

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.